Theodore W. Chandler, <tchandler@sidley.com> (Cal. Bar No. 219456)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-7430
Facsimile: (415) 772-7400

David T. Pritikin, <dpritikin@sidley.com> (*pro hac vice*)
William H. Baumgartner, Jr., <wbaumgartner@sidley.com> (*pro hac vice*)
Russell E. Cass, <rcass@sidley.com> (*pro hac vice*)
Christopher B. Seaman, <cseaman@sidley.com> (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys For Plaintiff and Counter-defendant*
*Baxter Healthcare Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION and DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA and FRESENIUS USA, INC.,<br><br>Defendants. | No. C 07-01359 PJH (JL)<br><br>**[PROPOSED] ORDER GRANTING BAXTER HEALTHCARE CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Having considered Plaintiff Baxter Healthcare Corporation's Administrative Motion To File Documents Under Seal pursuant to Civil L.R. 7-11 and 79-5, filed April 25, 2007, and the declaration filed by defendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc., pursuant to Civil L.R. 79-5(d), this Court hereby ORDERS that Baxter's Reply Brief In Support Of

Its Motion For Expedited Discovery And Inspection Of Defendants' Accused Product is FILED UNDER SEAL.

IT IS SO ORDERED.

Dated: May 2, 2007    By: _____
JAMES LARSON
United States

*IT IS SO ORDERED*
*Judge James Larson*

2