MAUREEN K. TOOHEY (State Bar #196401)
TOOHEY LAW GROUP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 748-5511
Facsimile: (617) 748-5555
Email: mtoohey@tooheylaw.com

*Co-Counsel:*
HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663
Email: hslavitt@coblentzlaw.com
       rcohen@coblentzlaw.com

Attorneys for Plaintiff
DEKA PRODUCTS LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION and DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA and FRESENIUS USA, INC.,<br><br>Defendants. | CASE NO.: C 07-1359 PJH (JL)<br><br>NOTICE OF CHANGE IN COUNSEL FOR DEKA PRODUCTS LIMITED PARTNERSHIP AND ORDER |

10395.002.631995v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Deka Products Limited Partnership changes its counsel and attorney of record in this matter as follows: Deka Products Limited Partnership substitutes the Toohey Law Group as its counsel and attorney of record in place and stead of Bromberg & Sunstein LLP. Coblentz, Patch, Duffy & Bass LLP will also continue as Deka Products Limited Partnership's counsel and attorney of record.

### FORMER COUNSEL

LEE CARL BROMBERG
KERRY L. TIMBERS
KEITH E. TOMS
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004
Email: lbromberg@bromsun.com; ktimbers@bromsun.com; ktoms@bromsun.com

are no longer counsel to Plaintiff Deka Products Limited Partnership in this matter.

### CONTINUING COUNSEL

HOWARD A. SLAVITT (State Bar #172840)
RACHEL G. COHEN (State Bar #218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:     (415) 391-4800
Facsimile:      (415) 989-1663
Email:  hslavitt@coblentzlaw.com
            rcohen@coblentzlaw.com

will continue as counsel to Plaintiff Deka Products Limited Partnership and attorney of record on whom all notices and papers shall be served in this matter.

### NEW COUNSEL

Plaintiff Deka Products Limited Partnership's new counsel in this matter and new attorney of record on whom all notices and papers shall be served are:

MAUREEN K. TOOHEY (State Bar #196401)
TOOHEY LAW GROUP
225 Franklin Street, 16th Floor
Boston, MA  02110
Telephone:  (617) 748-5511
Facsimile:  (617) 748-5555
Email: mtoohey@tooheylaw.com

10395.002.631995v1

1

CASE NO. C 07-1359 PJH (JL)

NOTICE OF CHANGE IN COUNSEL FOR DEKA PRODUCTS LIMITED PARTNERSHIP

<u>CHANGE IN COUNSEL BASED ON CONSENT</u>

The undersigned consent to the change in counsel and certify that this change will not unreasonably delay the proceedings in this matter.

Dated: June 13, 2007

DEKA PRODUCTS LIMITED PARTNERSHIP

By: _____
Dean Kamen
President, DEKA Research & Development Corp.

Dated: June 13, 2007

BROMBERG & SUNSTEIN LLP

By: _____
KERRY L. TIMBERS
Former Attorneys for Plaintiff
DEKA PRODUCTS LIMITED PARTNERSHIP

Dated: June 13, 2007

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
HOWARD A. SLAVITT
Attorneys for Plaintiff
DEKA PRODUCTS LIMITED PARTNERSHIP

Dated: June 13, 2007

TOOHEY LAW GROUP

By: _____
MAUREEN K. TOOHEY
Attorneys for Plaintiff
DEKA PRODUCTS LIMITED PARTNERSHIP



IT IS SO ORDERED
Judge Jeffrey S. White

for Judge Phyllis J. Hamilton

10395.002.631999v1

2

CASE NO. C 07-1359 PJH (JL)

NOTICE OF CHANGE IN COUNSEL FOR DEKA PRODUCTS LIMITED PARTNERSHIP