UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORP., et al.,

    Plaintiff(s),

    v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,

    Defendant(s).

_____/

No. C 07-1359 PJH

**ORDER RE JOINT MOTION FOR PROTECTIVE ORDER**

    The court has reviewed the parties' joint motion for the selection of a protective order and the differing versions of the proposed order, and for the reasons advanced by defendants, hereby approves their proposed order. Defendants shall immediately e-file the protective order, which is currently attached as an exhibit to the declaration of Jared Hedman. The hearing date of October 3, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: August 24, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge