David K. Callahan, P.C. (IL 620227)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorneys For Plaintiff and Counter-defendant*
*BAXTER HEALTHCARE CORPORATION*

Maureen K. Toohey  (SBN 196401)
TOOHEY LAW GROUP
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone:  (617) 748-5511

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION and DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>    *Plaintiffs and Counter-defendants,*<br><br>    vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>    *Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING SUBSTITUTION OF EXHIBIT 1 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO ADD RELATED PARTIES (DKT. # 96)** |

WHEREAS, on August 31, 2007, Baxter Healthcare Corporation and DEKA Products Limited Partnership ("Plaintiffs") filed Plaintiffs' Motion for Leave to File First Amended Complaint and to Add Related Parties (Dkt. # 96) and included attached thereto Exhibit 1, entitled "First Amended Complaint";

WHEREAS, Plaintiffs now wish to change the First Amended Complaint, previously submitted as Exhibit 1 to Dkt. # 96, to now include claims of contributory infringement pursuant to 35 U.S.C. § 271(c), for each of the patents asserted therein;

WHEREAS, the changes to Plaintiffs' First Amended Complaint are reflected in Exhibit 1, attached hereto and also entitled "First Amended Complaint";

WHEREAS, this requested substitution of Exhibit 1 does not affect the Supplemental Joint Case Management Statement (Dkt. # 109) filed October 12, 2007, or the schedules proposed therein;

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties and their counsel of record:

Exhibit 1 attached hereto shall be substituted for, and replace Exhibit 1 to Plaintiffs' Motion for Leave to File First Amended Complaint and to Add Related Parties (Dkt. # 96); and

Fresenius Medical Care Holdings, Inc., and Fresenius USA, Inc., ("Defendants") do not waive their right to deny or move to dismiss the any claims, including the newly added claims of contributory infringement pursuant to 35 U.S.C. § 271(c), in Exhibit 1 attached hereto.

STIPULATION AND [PROPOSED] ORDER PERMITTING SUBSTITUTION OF EXHIBIT 1 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO ADD RELATED PARTIES (DKT. # 96)

1

Case No. C 07-01359 PJH (JL)

| | | |
|---|---|---|
| 1 | | |
| 2 | October 12, 2007 | October 12, 2007 |
| 3 | By: /s/ Jared E. Hedman | By: /s/ Michael M. Rosen |
| 4 | KIRKLAND & ELLIS LLP | Juanita R. Brooks (SBN 75934) |
| | David K. Callahan, P.C. (IL 620227) | Todd G. Miller (SBN 163200) |
| 5 | Garret Leach (*pro hac vice*) | Michael M. Rosen (SBN 230964) |
| | Mary Zaug (*pro hac vice*) | FISH & RICHARDSON P.C. |
| 6 | 200 East Randolph | 12390 El Camino Real |
| | Chicago, Illinois, 60601 | San Diego, CA 92130 |
| 7 | Telephone: 312-861-2000 | Telephone:  (858) 678-5070 |
| | Facsimile: 312-861-2200 | Facsimile:  (858) 678-5099 |
| 8 | | |
| | Robert G. Krupka (SBN 196625) | |
| 9 | 777 South Figueroa Street | Mathias W. Samuel (*pro hac vice*) |
| | Los Angeles, California 90017 | Michael E. Florey (*pro hac vice*) |
| 10 | Telephone: 213-680-8400 | FISH & RICHARDSON P.C. |
| | Facsimile: 213-680-8500 | 60 South Sixth Street, Suite 3300 |
| 11 | | Minneapolis, MN 55402 |
| | Kenneth Bridges (SBN 243541) | Telephone:  (612) 335-5070 |
| 12 | 555 California Street | Facsimile:  (612) 288-9696 |
| | San Francisco, California, 94104 | |
| 13 | Telephone: 415-439-1400 | Limin Zheng (SBN 226875) |
| | Facsimile: 415-439-1500 | FISH & RICHARDSON P.C. |
| 14 | | 500 Arguello Street, Suite 400 |
| | *Attorneys For Plaintiff and Counter-defendant* | Redwood City, CA 94053 |
| 15 | *BAXTER HEALTHCARE CORPORATION* | Telephone:  (650) 839-5070 |
| | | Facsimile:  (650) 839-5071 |
| 16 | October 12, 2007 | |
| 17 | | *Attorneys for Defendants and Counter-* |
| 18 | By: /s/ Maureen K. Toohey | *claimants FRESENIUS MEDICAL CARE* |
| | | *HOLDINGS, INC. AND FRESENIUS USA,* |
| 19 | Maureen K. Toohey  (SBN 196401) | *INC.* |
| | TOOHEY LAW GROUP | |
| 20 | 225 Franklin Street, 16th Floor | |
| | Boston, Massachusetts 02110 | |
| 21 | Telephone:  (617) 748-5511 | |
| 22 | | |
| | Howard A. Slavitt (SBN 172840) | |
| 23 | Rachel G. Cohen (SBN 218929) | |
| | COBLENTZ, PATCH, DUFFY & BASS LLP | |
| 24 | One Ferry Building, Suite 200 | |
| | San Francisco, California 94111-4213 | |
| 25 | Telephone: (415) 391-4800 | |
| | Facsimile: (415) 989-1663 | |
| 26 | | |
| 27 | *Attorneys for Plaintiff and Counter-defendant* | |
| | *DEKA PRODUCTS LIMITED PARTNERSHIP* | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, Exhibit 1 attached hereto shall replace Exhibit 1 of Plaintiffs' Motion for Leave to File First Amended Complaint and to Add Related Parties (Dkt. # 96).

DATED: October _18_, 2007



# ELECTRONIC FILING DECLARATION OF JARED E. HEDMAN

I, Jared E. Hedman, declare as follows:

1.    I am an attorney at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's legal counsel in the above-captioned litigation.

2.    Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Michael M. Rosen, counsel for Defendants, Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc., (collectively "Fresenius"), and Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership, concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: October 12, 2007

Respectfully submitted,

Kirkland & Ellis LLP

By: /s Jared E. Hedman s/
JAred E. Hedman (*pro hac vice*),
jhedman@kirkland.com

Attorney for Plaintiff and Counter-defendant
BAXTER HEALTHCARE CORPORATION

STIPULATION AND [PROPOSED] ORDER PERMITTING SUBSTITUTION OF EXHIBIT 1 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO ADD RELATED PARTIES (DKT. # 96)

4

Case No. C 07-01359 PJH (JL)