UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>[~~PROPOSED~~] ORDER TO SET CASE DATES OCCURRING BETWEEN THE *MARKMAN* HEARING AND TRIAL |

PURSUANT TO STIPULATION, IT IS SO ORDERED, the dates set forth in the STIPULATION TO SET CASE DATES OCCURRING BETWEEN THE *MARKMAN* HEARING AND TRIAL are adopted by the Court and shall govern the proceedings of the case.

DATED: November 20, 2007

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA