1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baxter Healthcare Corporation, et al., | No. C 07-1359 PJH  (JL) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| Fresenius Medical Care Holding, Inc., | |
| Defendants. | |
| _____/ | |

TO DEFENDANTS AND COUNSEL OF RECORD: You are hereby ordered to appear before this Court on February 6, 2008 at 9:30 a.m. and show cause why sanctions should not be imposed pursuant to Rule 37(b)(2)(A), Federal Rules of Civil Procedure, for failure to comply with a court order, specifically, this Court's order issued November 30, 2007 at Docket # 122.

IT IS SO ORDERED.

DATED: January   25,  2008

_____
JAMES LARSON
Chief Magistrate Judge