# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, and DEKA PRODUCTS LIMITED PARTNERSHIP,

*Plaintiffs and Counter-defendants,*

vs.

FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,

*Defendants and Counter-claimants.*

Case No. C 07-01359 PJH (JL)

**"DISCOVERY MATTER"**

[PROPOSED] **ORDER AMENDING THE ORDER ISSUED AT DOCKET NO. 127**

**Judge:** Hon. James Larson
**Location:** Courtroom F, 15th Floor

IT IS HEREBY ORDERED THAT:

1. The portion of the Order in the Civil Minutes document, Docket No. 127, stating that "Disclosure of remaining products due 3/11/08" is hereby stricken; and

2. The stricken language is replaced by "Disclosure of the remaining email due 2/11/08."

IT IS SO ORDERED.

Dated: 2-15-08        By: /s/ James Larson

JAMES LARSON
United States Chief Magistrate Judge

[PLAINTIFFS' PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE IMMEDIATE COMPLETION OF DEFENDANTS' ENTIRE EMAIL PRODUCTION

Case No. 07-01359 PJH(JL)