UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORP., et al.,

    Plaintiffs,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,

    Defendants.

_____/

No. C 07-1359 PJH

**ORDER RE TUTORIAL**

Before the court is the stipulation of the parties to extend the length of time allotted for the June 20, 2008 tutorial, from the 30-45 minutes per side typically permitted, to one hour per side. The court prefers that the parties limit their presentation to no more than 45 minutes per side. The proceeding is not recorded and a more succinct presentation is more likely to be absorbed by the court.

**IT IS SO ORDERED.**

Dated: May 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge