David K. Callahan, P.C. (IL 620227) dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401) mtoohey@tooheylaw.com
TOOHEY LAW GROUP
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone:  (617) 748-5511

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934) jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL)<br><br>**FIRST AMENDED STIPULATION TO SET CASE DATES OCCURRING BETWEEN THE MARKMAN HEARING AND TRIAL AND ORDER** |

1   WHEREAS, the Court previously entered a schedule, based on the parties' stipulation,

2   [Dkt. Nos. 119, 120]for the case proceedings between the *Markman* Hearing and trial date;

3   WHEREAS, the prior schedule was based, in part, on the assumption that it would take

4   five weeks to issue a claim construction Order; and;

5   WHEREAS, the Court has advised the parties that the claim construction Order may not

6   issue in time to adhere to the current schedule,

7   NOW, THEREFORE, it is stipulated by the respective parties and their counsel of

8   record:

9   At the claim construction hearing the ~~Court~~ parties raised the possibility that further claim

10  limitations might require construction following issuance of the claim construction Order. ~~The~~
    A schedule for any further claim construction will be set at the case management conference which
11  ~~parties agree that, absent special circumstances, they will raise any such further claim~~
    will follow the initial claim construction ruling.
12  ~~construction issues in the context of summary judgment motion~~s.

13  The following table is commended to the Court for its adoption as the dates by which the

14  present case shall proceed.

15

16  
| EVENT | By Local Rule or Court Order | Parties' Proposed Stipulated Dates |
|---|---|---|
| Subsequent Case Management Conference (PJH patent order ¶12) | Date set at same time as claim construction ruling | |
| Final Infringement Contentions (Patent L.R. 3-6(a)) | Not later than 30 days after Claim Construction Ruling | |
| Final Invalidity Contentions (Patent L.R. 3-6(a)) | Not later than 50 days after Claim Construction Ruling | |
| Defendants' Disclosure of Reliance on Advice of Counsel and Production of Opinion (Patent L.R. 3-8) | Not later than 50 days after Claim Construction Ruling | |
| Fact Discovery Cut-Off | | December 1, 2008 |
| Final Date for Motions to Compel Fact Discovery (Civ. L.R. 26) | No more than 7 days after cut-off | |

27

| | | |
|---|---|---|
| Willfulness Discovery Cut-Off | 14 calendar days after Defendants' Disclosure of Reliance on Advice of Counsel and Production of Opinion | |
| Deadline for Expert Reports for Issues on which the Parties Bear the Burden | 60 days following claim construction ruling | |
| Deadline for Rebuttal Expert Reports | 88 days after claim construction ruling | |
| Expert Discovery Cut-Off | 110 days after claim construction ruling | |
| Final Date for Motions to Compel Expert Discovery (Civ. L.R. 26) | No more than 7 days after cut-off | |
| Deadline for Filing of Dispositive Pretrial Motions | To be determined | |
| Deadline for Hearing Dispositive Motions (Dkt 87) | Not later than 35 days after filing of motion (Civ. L.R. 7-2) | |
| Final Pretrial Conference meet and confer (Dkt 87) | Not less than 40 days prior to Pretrial Conference | |
| Joint Pretrial Statement, trial briefs, motions *in limine*, etc (Dkt 87) | Not less than 30 days prior to Pretrial Conference | |
| Oppositions to Motions *in limine* | Not less than 15 days prior to the pretrial conference | |
| Pretrial Conference | | March 12, 2009 2:30 p.m. |
| Trial | | April 6, 2009 8:30 a.m. |

| | |
|---|---|
| September 2, 2008 | September 2, 2008 |
| By: /s/ David K. Callahan | By: /s/ Michael E. Florey |
| KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 620227)<br>Garret Leach (*pro hac vice*)<br>Mary Zaug (*pro hac vice*)<br>200 East Randolph<br>Chicago, Illinois, 60601<br>Telephone: 312-861-2000<br>Facsimile: 312-861-2200<br><br>Robert G. Krupka (SBN 196625)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500<br><br>Kenneth Bridges (SBN 243541)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500<br><br>*Attorney For Plaintiff and Counter-defendant BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA* | Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Limin Zheng (SBN 226875)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>*Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.* |
| September 2, 2008<br><br>By: /s/ Maureen K. Toohey<br><br>Maureen K. Toohey (SBN 196401)<br>TOOHEY LAW GROUP<br>225 Franklin Street, 16th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 748-5511<br>Howard A. Slavitt (SBN 172840)<br>Rachel G. Cohen (SBN 218929)<br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663<br>*Attorneys for Plaintiff and Counter-defendant DEKA PRODUCTS LIMITED PARTNERSHIP* | |

**ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.**

I, David K. Callahan, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's legal counsel in the above-captioned litigation.

2. Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Michael E. Florey, counsel for Defendants, Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc., (collectively "Fresenius"), and Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership, concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: September 2, 2008         Respectfully submitted,

Kirkland & Ellis LLP

By: /s David K. Callahan s/
    David K. Callahan, P.C. (IL 620227),
    dcallahan@kirkland.com

    Attorney for Plaintiff and Counter-defendant
    BAXTER HEALTHCARE CORPORATION

FIRST AMENDED STIPULATION TO SET CASE DATES OCCURRING
BETWEEN THE MARKMAN HEARING AND TRIAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>[~~PROPOSED~~] ORDER TO SET CASE DATES OCCURRING BETWEEN THE *MARKMAN* HEARING AND TRIAL |

AS MODIFIED BY THE COURT, IT IS SO ORDERED PURSUANT TO STIPULATION, I~~T IS SO ORDERED~~, the dates set forth in the FIRST AMENDED STIPULATION TO SET CASE DATES OCCURRING BETWEEN THE MARKMAN HEARING AND TRIAL are adopted by the Court and shall govern the proceedings of the case.

DATED: September __3__, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton