David K. Callahan, P.C. (IL 620227)
dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney for Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401)
mtoohey@tooheylaw.com
TOOHEY LAW GROUP LLC
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone:  617-748-5511
Facsimile:  617-748-5555

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, and DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL)<br><br>**JOINT STIPULATION REGARDING THE SCHEDULE FOR BRIEFING AND HEARING PLAINTIFFS' MOTION TO STAY PATENTS AND DEFENDANTS' CROSS-MOTION TO STAY PATENTS** |

JOINT STIPULATION REGARDING THE SCHEDULE FOR BRIEFING AND HEARING PLAINTIFFS' MOTION TO STAY PATENTS AND DEFENDANTS' CROSS-MOTION TO STAY PATENTS

Case No. 07-01359 PJH(JL)

WHEREAS, to preserve this Court's time and resources;

WHEREAS, to avoid needless repetition of arguments;

NOW, THEREFORE, it is stipulated by the respective parties and their counsel of record:

a consolidated briefing and hearings schedule relating to **Plaintiffs' Motion to Stay Case Relating to the Merits of the Claims, Defenses, and Counterclaims Relating to United States Patent Nos. 5,438,510, 6,929,751 and 7,083,719** and to **Defendants' Cross-motion to Stay Case as to United States Patent Nos. 6,503,062; 6,808,369; 6,814,547; 6,929,751; and 7,083,719** is commended to the Court for its adoption as follows.

1. Arguments regarding both Plaintiffs' Motion and Defendants' Cross-motion will be heard on the noticed hearing date of November 19, 2008, at 9:00 a.m.

2. Plaintiffs' hearing date of November 5, 2008, will be vacated.

3. Pursuant to L.R. 7-3(a), Plaintiffs will file a single reply and opposition brief not to exceed 25 pages of text no later than October 29, 2008, twenty-one days before the hearing date.

4. Pursuant to L.R. 7-3(c), Defendants will file a reply brief not to exceed 15 pages of text no later than November 5, 2008, fourteen days before the hearing date.

\* \* \*

JOINT STIPULATION REGARDING THE SCHEDULE FOR BRIEFING AND HEARING PLAINTIFFS' MOTION TO STAY PATENTS AND DEFENDANTS' CROSS-MOTION TO STAY PATENTS

1

Case No. 07-01359 PJH(JL)

| | |
|---|---|
| October 17, 2008 | October 17, 2008 |
| By:  /s David K. Callahan s/ | By:  /s Michael E. Florey s/ |
| KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 620227)<br>dcallahan@kirkland.com<br>200 East Randolph Drive<br>Chicago, Illinois, 60601<br>Telephone: 312-861-2000<br>Facsimile: 312-861-2200 | FISH & RICHARDSON P.C.<br>brooks@fr.com<br>Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099 |
| Robert G. Krupka (SBN 196625)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500 | Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 |
| Kenneth Bridges (SBN 243541)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500 | |
| *Attorneys for Plaintiffs and Counter-defendants BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA* | Limin Zheng (SBN 226875)<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| | *Attorneys for Defendants and Counter-claimants*<br>*FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.* |
| October 17, 2008 | |
| By:  /s Maureen K. Toohey s/ | |
| TOOHEY LAW GROUP LLC<br>Maureen K. Toohey  (SBN 196401)<br>mtoohey@tooheylaw.com<br>225 Franklin Street, 16th Floor<br>Boston, Massachusetts 02110<br>Telephone:  (617) 748-5511 | |
| COBLENTZ, PATCH, DUFFY & BASS LLP<br>Howard A. Slavitt (SBN 172840)<br>Rachel G. Cohen (SBN 218929)<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663 | |
| *Attorneys for Plaintiff and Counter-defendant DEKA PRODUCTS LIMITED PARTNERSHIP* | |

### ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN

I, David K. Callahan, declare as follows:

5. I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's legal counsel in the above-captioned litigation.

6. Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Michael E. Florey, counsel for Defendants, Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc., (collectively "Fresenius"), and Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership, concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: October 17, 2008              Respectfully submitted,

                                      Kirkland & Ellis LLP

                                      By: /s David K. Callahan s/
                                          David K. Callahan, P.C. (IL 620227)
                                          dcallahan@kirkland.com

                                      *Attorney for Plaintiffs and Counter-defendants*
                                      *BAXTER HEALTHCARE CORPORATION,*
                                      *BAXTER INTERNATIONAL INC., and*
                                      *BAXTER HEALTHCARE SA*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, and DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**[PROPOSED] ORDER SETTING THE SCHEDULE FOR BRIEFING AND HEARING PLAINTIFFS' MOTION TO STAY PATENTS AND DEFENDANTS' CROSS-MOTION TO STAY PATENTS** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS the following:

The hearing date for both **Plaintiffs' Motion to Stay Case Relating to the Merits of the Claims, Defenses, and Counterclaims Relating to United States Patent Nos. 5,438,510, 6,929,751 and 7,083,719** and to **Defendants' Cross-motion to Stay Case as to United States Patent Nos. 6,503,062; 6,808,369; 6,814,547; 6,929,751; and 7,083,719** shall be November 19, 2008, at 9:00 a.m.

Case No. C 07-01359 PJH (JL)

The hearing date of November 5, 2008, for **Plaintiffs' Motion to Stay Case Relating to the Merits of the Claims, Defenses, and Counterclaims Relating to United States Patent Nos. 5,438,510, 6,929,751 and 7,083,719** is vacated.

Pursuant to L.R. 7-3(a), Plaintiffs shall file a single reply and opposition brief—not to exceed 25 pages of text—no later than October 29, 2008, twenty-one days before the hearing date.

Pursuant to L.R. 7-3(c), Defendants shall file a reply brief—not to exceed 15 pages of text—no later than November 5, 2008, fourteen days before the hearing date.

IT IS SO ORDERED.

DATED: 10/21/08



Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER SETTING THE SCHEDULE FOR BRIEFING AND HEARING PLAINTIFFS' MOTION TO STAY PATENTS AND DEFENDANTS' CROSS-MOTION TO STAY PATENTS    -2-    Case No. C 07-01359 PJH (JL)