UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORP., et al.,

    Plaintiffs,

    v.

FRESENIUS MEDICAL CARE HOLDINGS, et al.,

    Defendants.
_____/

No. C 07-1359 PJH

**ORDER DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL**

    Plaintiff DEKA Products Limited Partnership having filed an administrative motion on October 29, 2008, for leave to file certain documents under seal, which documents were previously designated by defendants as "Highly Confidential," and having failed to establish good cause for such request, and defendants having failed to file a declaration in accordance with Civil Local Rule 79-5(d), the court hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: November 6, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge