UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baxter Healthcare Corporation, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Fresenius Medical Care Holding, Inc.,<br><br>    Defendants.<br>_____/ | No. C 07-1359 PJH  (JL)<br><br>**Order denying Defendants' motion to compel review and production of Baxter's "Steven and Stevens" Documents (Docket # 205)** |

### Order

All discovery has been referred to this Court by the district court (Hon. Phyllis J. Hamilton) pursuant to 28 U.S.C. §636(b). The Court received the parties' joint statement e-filed at Docket # 205 regarding their discovery dispute. The Court finds the matter appropriate for decision without a hearing pursuant to Civil Local Rule 7-1(b). The Court reviewed the parties' statement, the relevant case law, and the record in the case, and concludes that Defendants' motion to compel should be denied.

IT IS SO ORDERED.

DATED: November 19,   2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-1359\Order deny 205.wpd