UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baxter Healthcare Corporation, et al., | No. C 07-1359 PJH  (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Fresenius Medical Care Holding, Inc., | |
| Defendants. | |
| _____/ | |

The Court received the parties' Joint Statement at Docket Number 209, regarding their dispute over Defendants' privilege log.

Defendants are hereby ordered to e-file in a manner compliant with General Order 45 VI(B) and produce by hard copy delivered to this Court's chambers, the privilege log entries in dispute, on or before 12 noon on Monday, November 24, 2008. This Court will review the log entries to determine what additional action to take.

IT IS SO ORDERED.

DATED: November 21, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-1359\order-re-209.wpd