UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baxter Healthcare Corporation, et al., | No. C 07-1359 PJH (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Fresenius Medical Care Holding, Inc., | |
| Defendants. _____/ | |

This Court received the parties' Joint Statement Regarding Defendants' Motion to Compel Production of Patent Prosecution Files Listed on Plaintiffs' Privilege Logs (Docket # 216). The Court reviewed the statement and finds the motion unsuitable for submission on a joint statement. The matter should be briefed in a formal noticed motion. In any such motion, the parties shall address the issue of choice of law and their pleadings shall include copies of all relevant privilege log entries and documentation of the parties' efforts to meet and confer as required by this Court's Standing Order. Plaintiffs shall produce to the Court Document # 23 of Baxter's Privilege Log, the parties' joint defense agreement.

IT IS SO ORDERED.

DATED: December 11, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-1359\Brief 216.wpd