United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11  Baxter Healthcare Corporation, et al.,          No. C 07-1359 PJH  (JL)
12               Plaintiffs,
13        v.                                        **ORDER RE MOTIONS TO COMPEL AT
                                                    DOCKET #s 223 and 224**
14  Fresenius Medical Care Holding, Inc.,
15               Defendants.
    _____/
16
17        The Court received the parties' Joint Statements at Docket #s 223 and 224,

18  respectively, Defendants' Motion to Compel the Production of DEKA Docs from Privilege

19  Log, and  Defendants' Motion to Compel the Production of "Foreign Associate" Docs from

20  DEKA's Privilege Log. The parties are hereby ordered to produce the relevant Privilege Log

21  entries and copies of any unpublished decisions cited in the statements. The matters will be

22  submitted without oral argument.

23        IT IS SO ORDERED.

24
    DATED: December 12, 2008
25

26  _____
                 JAMES LARSON
27               Chief Magistrate Judge

28  G:\JLALL\CHAMBERS\CASES\CIV-REF\07-1359\ORDER BRIEF 223, 224.wpd

C-07-1359 ORDER                                                   Page 1 of  1