David K. Callahan, P.C. (IL 620227) dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney For Plaintiff and Counter-defendant*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey (SBN 196401) mtoohey@tooheylaw.com
TOOHEY LAW GROUP LLC
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone: (617) 748-5511

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934) jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP, <br><br> *Plaintiffs and Counter-defendants*, <br><br> vs. <br><br> FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC., <br><br> *Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY COUNTS VIII AND IX OF PLAINTIFFS' FIRST AMENDED COMPLAINT (DKT. NO. 115) AND DEFENDANTS' RELATED COUNTERCLAIMS AND AFFIRMATIVE DEFENSES (DKT. NO. 117)** |

1    WHEREAS, Plaintiffs asserted infringement of United States Patent No. 6,929,751 entitled "Vented Medical Fluid Tip Protector Methods" ("the '751 patent") and United States Patent No. 7,083,719 entitled "Medical System Including Vented Tip Protector" ("the '719 patent") in Counts VIII and IX of Plaintiffs First Amended Complaint (Dkt. No. 115), respectively; and

WHEREAS, the parties have discussed the possibility of streamlining this case,

NOW, THEREFORE, it is stipulated by the respective parties and their counsel of record:

The merits of Plaintiffs case with respect to Count VIII of Plaintiffs' First Amended Complaint (Dkt. No. 113), relating to Plaintiffs' assertion of infringement of the '751 patent shall be stayed.

The merits of Defendants' Counterclaim Counts XV and XVI of Defendants' Answer to First Amended Complaint and Counterclaims (Dkt. No. 117), affirmative defenses and prayers for relief relating to the '751 patent shall be stayed.

The merits of Plaintiffs case with respect to Count IX of Plaintiffs' First Amended Complaint (Dkt. No. 115), relating to Plaintiffs' assertion of infringement of the '719 patent shall be stayed.

The merits of Defendants' Counterclaim Counts XVII and XVIII of Defendants' Answer to First Amended Complaint and Counterclaims (Dkt. No. 117), affirmative defenses and prayers for relief relating to the '719 patent shall be stayed.

During the stay, the '751 and '719 patents shall not be the subject of Final Infringement Contentions and Final Invalidity Contentions under Patent L.R. 3-6, Defendants' disclosure of reliance on advice of counsel and production of opinion under Patent L.R. 3-8, willfulness discovery, expert discovery including expert reports, dispositive motions, or trial.

However, other fact discovery relating the Plaintiffs' claim of infringement of the '751 and '719 patents and Defendants' related Counterclaim Counts, affirmative defenses and prayers for relief relating to the '751 and '719 patents was completed before the December 1, 2008, Fact

1  Discovery Cut-Off date specified by this Court. (Dkt. No. 191)

2  Because the disputed claim terms currently pending before the Court do not include any
3  claim term from the '751 patent or the '719 patent, the stipulated stay of the '751 and '719
4  patents will not impact the current claim construction proceeding.

STIPULATION AND [PROPOSED] ORDER TO STAY COUNTS
VIII AND IX OF PLTFS' FIRST AMENDED COMP AND
DEFS' RELATED COUNTERCLAIMS AND AFF. DEF.S

2

Case No. C 07-01359 PJH (JL)

| | |
|---|---|
| December 17, 2008 | December 17, 2008 |
| By: /s/ David K. Callahan | By: /s/ Michael E. Florey |
| KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 620227)<br>Garret Leach (*pro hac vice*)<br>Mary Zaug (*pro hac vice*)<br>200 East Randolph<br>Chicago, Illinois, 60601<br>Telephone: 312-861-2000<br>Facsimile: 312-861-2200<br><br>Robert G. Krupka (SBN 196625)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500<br><br>Kenneth Bridges (SBN 243541)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500<br><br>*Attorney For Plaintiff and Counter-defendant BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA* | Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Limin Zheng (SBN 226875)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>*Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.* |
| December 17, 2008 | |
| By: /s/ Maureen K. Toohey | |
| Maureen K. Toohey (SBN 196401)<br>TOOHEY LAW GROUP LLC<br>225 Franklin Street, 16th Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 748-5511<br>Howard A. Slavitt (SBN 172840)<br>Rachel G. Cohen (SBN 218929)<br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663<br>*Attorneys for Plaintiff and Counter-defendant DEKA PRODUCTS LIMITED PARTNERSHIP* | |

# ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.

I, David K. Callahan, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's legal counsel in the above-captioned litigation.

2. Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Michael E. Florey, counsel for Defendants, Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc., (collectively "Fresenius"), and Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership, concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: December 17, 2008                    Respectfully submitted,

                                            Kirkland & Ellis LLP

                                            By: /s David K. Callahan s/
                                                David K. Callahan, P.C. (IL 620227),
                                                dcallahan@kirkland.com

                                                Attorney for Plaintiffs and Counter-defendants
                                                *BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA*

David K. Callahan, P.C. (IL 620227) dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney For Plaintiff and Counter-defendant*
BAXTER HEALTHCARE CORPORATION,
BAXTER INTERNATIONAL INC., and
BAXTER HEALTHCARE SA

Maureen K. Toohey  (SBN 196401) mtoohey@tooheylaw.com
TOOHEY LAW GROUP LLC
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone:  (617) 748-5511

*Attorneys for Plaintiff and Counter-defendant*
DEKA PRODUCTS LIMITED PARTNERSHIP

Juanita R. Brooks (SBN 75934) jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendants and Counter-claimants*
FRESENIUS MEDICAL CARE HOLDINGS,
INC. AND FRESENIUS USA, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**[~~PROPOSED~~] ORDER STAYING COUNTS VIII AND IX OF PLAINTIFFS' FIRST AMENDED COMPLAINT (DKT. NO. 115) AND  DEFENDANTS' RELATED COUNTERCLAIMS AND AFFIRMATIVE DEFENSES (DKT. NO. 117)** |

1

2        PURSUANT TO STIPULATION, IT IS SO ORDERED, the merits of this case relating
3   to Plaintiffs' assertion of infringement of U.S. Patent No. 6,929,751 ("the '751 patent") and U.S.
4   Patent No. 7,083,719 ("the '719 patent") and Defendants' counterclaims and defenses of non-
5   infringement and invalidity relating to the '751 and '719 patents are STAYED.  During the stay,
6   the '751 and '719 patents shall not be the subject of Final Infringement Contentions and Final
7   Invalidity Contentions under Patent L.R. 3-6, Defendants' disclosure of reliance on advice of
8   counsel and production of opinion under Patent L.R. 3-8, willfulness discovery, expert discovery
9   including expert reports, dispositive motions, or trial.  However, other fact discovery relating to
10  Plaintiffs' assertion of infringement of the '751 and '719 patents and Defendants' counterclaims
11  and defenses of non-infringement and invalidity of the '751 and '719 patents was completed
12  before the December 1, 2008, Fact Discovery Cut-Off date specified by this Court .

13

14        DATED: December __18__, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton