David K. Callahan, P.C. (IL 620227) dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney For Plaintiff and Counter-defendant*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey (SBN 196401) mtoohey@tooheylaw.com
TOOHEY LAW GROUP LLC
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Telephone: (617) 748-5511

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934) jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP, <br><br> *Plaintiffs and Counter-defendants*, <br><br> vs. <br><br> FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC., <br><br> *Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL) <br><br> **"DISCOVERY MATTER"** <br><br> **STIPULATION REGARDING DEFENDANTS SUPPLEMENTATION OF RESPONSES TO BAXTER INTERROGATORY NOS. 6, 7, AND 13** <br><br> **Judge:** Hon. James Larson <br> **Location:** Courtroom F, 15th Floor |

STIPULATION REGARDING DEFENDANTS
SUPPLEMENTATION OF RESPONSES TO BAXTER
INTERROGATORY NOS. 6, 7, AND 13

WHEREAS, pursuant to this Court's December 12, 2008, Order (Dkt. No. 229) the parties have prepared a Joint Stipulation regarding Defendants' agreement to provide "exactly the same information sought by Plaintiffs' motion" (Dkt. No. 219),

NOW, THEREFORE, it is stipulated by the respective parties and their counsel of record:

Defendants will provide the names and locations of all clinics to which Defendants refer to in their supplemental responses to Baxter Interrogatory Nos. 6 and 7;

Defendants will provide all revenue and sales data for every allegedly acceptable non-infringing alternative Defendant product;

Defendants will either definitively state that they will not assert that the products they identified were "acceptable" prior to 2006 or Defendants will produce the revenue and sales data for every year that Defendants allege that each alleged acceptable alternatives was indeed acceptable; and

Defendants agree to supplement all Interrogatory Responses necessary to comply with this Court's Order and this stipulation by January 12, 2009.

| December 29, 2008 | December 29, 2008 |
|---|---|
| By: /s/ David K. Callahan | By: /s/ Michael A. Amon |
| KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 620227)<br>Garret Leach (*pro hac vice*)<br>Mary Zaug (*pro hac vice*)<br>200 East Randolph<br>Chicago, Illinois, 60601<br>Telephone: 312-861-2000<br>Facsimile: 312-861-2200<br><br>Robert G. Krupka (SBN 196625)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500<br><br>Kenneth Bridges (SBN 243541)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500<br><br>*Attorney For Plaintiff and Counter-defendant BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA* | Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Limin Zheng (SBN 226875)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>*Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that within ten days of this Order, Defendants will: (1) provide the names and locations of all clinics to which Defendants refer to in their supplemental responses to Baxter Interrogatory Nos. 6 and 7; (2) provide all revenue and sales data for every allegedly acceptable non-infringing alternative Defendant product; and (3) either definitively state that they will not assert that the products they identified were "acceptable" prior to 2006 or produce the revenue and sales data for every year that Defendants allege that each alleged acceptable alternatives was indeed acceptable.

DATED: January 12, 2009

_____
JAMES LARSON
Chief Magistrate Judge