David K. Callahan, P.C. (IL 620227), dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401), mtoohey@tooheylaw.com
TOOHEY LAW GROUP, LLC
One Financial Center, 15th Floor
Boston, Massachusetts 02110
Telephone:  (617) 748-5511

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934), jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>        *Plaintiffs and Counter-defendants*,<br><br>        vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>        *Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION TO SET CASE DATES THROUGH TRIAL** |

WHEREAS, on March 19, 2009, the Court instructed the parties to submit a revised jointly proposed schedule for future litigation no later than March 26, 2009;

NOW, THEREFORE, it is stipulated by the respective parties and their counsel of record:

The following table is commended to the Court for its adoption as the dates by which the present case shall proceed.

| EVENT | By Local Rule or Previous Court Order | Proposed Dates |
|---|---|---|
| Final Infringement Contentions (Patent L.R. 3-6(a)) | Not later than 30 days after Claim Construction Ruling | March 12, 2009 |
| Final Invalidity Contentions (Patent L.R. 3-6(a)) | Not later than 50 days after Claim Construction Ruling | April 1, 2009 |
| Defendants' Disclosure of Reliance on Advice of Counsel and Production of Opinion (Patent L.R. 3-8) | Not later than 50 days after Claim Construction Ruling | April 1, 2009 |
| Willfulness Discovery Cut-Off | 14 calendar days after Defendants' Disclosure of Reliance on Advice of Counsel and Production of Opinion | April 15, 2009 |
| Deadline for Expert Reports for Issues on which the Parties Bear the Burden | 60 days following claim construction ruling | April 24, 2009 |
| Deadline for Rebuttal Expert Reports | 88 days after claim construction ruling | June 5, 2009 |
| Expert Discovery Cut-Off | 110 days after claim construction ruling | July 2, 2009 |
| Final Date for Motions to Compel Expert Discovery (Civ. L.R. 26) | No more than 7 days after cut-off | July 8, 2009 |
| Deadline for Filing of Dispositive Pretrial Motions | No later than 35 days before Hearing Date | July 22, 2009 |
| Deadline for *Daubert* Motions (Dkt 87) | No later than 35 days before Hearing Date | No later than April 22, 2010 (Subject to Change if Trial Date Changes) |
| Deadline for Hearing Dispositive Motions (Dkt 87) | No later than 120 days before trial and not less than 35 days after filing of motion (Civ. L.R. 7-2) | September 2, 2009 |

| | | |
|---|---|---|
| Deadline for Hearing(s) re *Daubert* Motions (Dkt 87) | Hearing date from date dispositive motions are heard up to and including pretrial conference hearing date provided 35 day notice and briefing schedule is followed | No later than May 27, 2010 (Subject to Change if Trial Date Changes) |
| Final Pretrial Conference meet and confer (Dkt 87) | Not less than 40 days prior to Pretrial Conference | November 23, 2009 |
| Joint Pretrial Statement, trial briefs, motions *in limine*, etc (Dkt 87) | Not less than 30 days prior to Pretrial Conference | December 8, 2009 |
| Oppositions to Motions *in limine* (Dkt 87) | Not less than 15 days prior to the pretrial conference | December 22, 2009 |
| Pretrial Conference | | May 27, 2010 (2:30 p.m. (PDT) |
| Trial | No longer than 16 trial days | June 28, 2010 |

3/30/09



IT IS SO ORDERED

Judge Phyllis J. Hamilton

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

March 26, 2009

By: /s/ David K. Callahan /s/

KIRKLAND & ELLIS LLP
David K. Callahan, P.C. (IL 620227)
Garret Leach (*pro hac vice*)
Mary Zaug (*pro hac vice*)
200 East Randolph
Chicago, Illinois, 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

Robert G. Krupka (SBN 196625)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: 213-680-8400
Facsimile: 213-680-8500

Russell Tonkovich (SBN 233280)
555 California Street
San Francisco, California, 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500

*Attorneys For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

March 26, 2009

By: /s/ Maureen K. Toohey /s/

Maureen K. Toohey (SBN 196401)
TOOHEY LAW GROUP
One Financial Center, 15th Floor
Boston, Massachusetts 02110
Telephone: (617) 748-5511

COBLENTZ, PATCH, DUFFY & BASS LLP
Howard A. Slavitt (SBN 172840)
Zuzana Ikels (St. Bar No. 208671)
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

March 26, 2009

By: /s/ Michael E. Florey /s/

FISH & RICHARDSON P.C.
Juanita R. Brooks (SBN 75934)
Todd G. Miller (SBN 163200)
Michael M. Rosen (SBN 230964)
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Mathias W. Samuel (*pro hac vice*)
Michael E. Florey (*pro hac vice*)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Limin Zheng (SBN 226875)
500 Arguello Street, Suite 400
Redwood City, CA 94053
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Attorneys for Defendants and Counter-*
*claimants FRESENIUS MEDICAL CARE*
*HOLDINGS, INC. AND FRESENIUS*
*USA, INC.*

**ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.**

I, David K. Callahan, declare as follows:

1.      I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's, Baxter International Inc.'s, and Baxter Healthcare SA's legal counsel in the above-captioned litigation.

2.      Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Michael E. Florey, counsel for Defendants, Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America, and Fresenius USA, Inc., (collectively "Fresenius"), and Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership, concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: March 26, 2009                Respectfully submitted,

Kirkland & Ellis LLP

By: /s/  David K. Callahan  /s/
David K. Callahan, P.C. (IL 620227),
dcallahan@kirkland.com

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

STIPULATION TO SET CASE DATES THROUGH TRIAL