UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORPORATION, et al.,

    Plaintiffs,

    v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,

    Defendants.
_____/

No. C 07-1359 PJH

**ORDER**

On March 18, 2009, the court issued an order granting in part and denying in part defendants' motion to file documents under seal. The documents at issue were Exhibits E, R, S, T, Z, AH, AI, and AJ to the Declaration of Limin Zheng in Support of Fresenius' Responsive Claim Construction Brief; Appendix E to the Declaration of Juan G. Santiago in support of Fresenius' Responsive Claims Construction Brief; and portions of Fresenius' Responsive Claim Construction Brief and the Santiago Declaration that refer to the above listed exhibits.

The court denied the motion as to Exhibits E, R, S, and T, and the references to those exhibits in the brief and/or the declarations; and granted the motion as to Exhibits Z, AH, AI, and AJ, and references to those exhibits in the brief and/or the declarations.

At the time they submitted the request to file these documents under seal, defendants filed redacted versions of Fresenius' Responsive Claim Construction Brief, and the Zheng and Santiago Declarations. Thus, the versions of the documents that defendants originally filed do not comport with the March 18, 2009 order. It is defendants'

responsibility to resubmit corrected versions of these documents.

In addition, the clerk still retains the envelopes containing the documents that defendants wished to file under seal.  If defendants wish the documents to be returned to them, they must contact the courtroom deputy, Nichole Heuerman, no later than May 6, 2009.  The corrections to the docket and the court file must be completed no later than May 8, 2009.

**IT IS SO ORDERED.**

Dated:  April 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge