David K. Callahan, P.C. (IL 620227), dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401), mtoohey@tooheylaw.com
TOOHEY LAW GROUP, LLC
One Financial Center, 15th Floor
Boston, Massachusetts 02111
Telephone:  (617) 748-5511

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934), jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>    *Plaintiffs and Counter-defendants*,<br><br>    vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>    *Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION OF REMOVAL OF LIBERTY CYCLER FUNCTIONALITY RELATING TO, AND DISMISSAL OF, U.S. PATENTS NO. 5,438,510; 6,503,062; AND 6,808,369** |

1   WHEREAS, Defendants have removed functionality from the Liberty™ peritoneal

2   dialysis cycler (as reflected in its current software, version 2.4.7) relating to the basis for

3   Plaintiffs' assertion of the claims of U.S. Patents No. 5,438,510 (relating to alarms and line

4   check) and 6,503,062 and 6,808,369 (relating to head height estimates and adjustments) as

5   reflected in the expert reports of Jack Ganssle and William Durgin, dated April 24, 2009, and as

6   Defendants stated in Defendants' Supplemental Responses to Baxter Plaintiffs' Interrogatories

7   Nos. 1 and 9, dated May 12, 2009;

8   WHEREAS, Mr. Ganssle and Dr. Durgin identified a functionality in certain versions of

9   the Liberty™ Cycler source code, which they refer to as "static patient pressure" as meeting the

10  limitations "and wherein the controller estimates, based on information received from the

11  transducer, a relative elevation between the fluid control device and the distal end" recited by

12  claim 1 of the '369 Patent, and "the controller receiving information from the transducer,

13  estimating a relative elevation between the control device and the distal end based on the

14  information received from the transducer" recited by claim 7 of the '369 Patent;

15  WHEREAS, the Fresenius Defendants disagree with the opinions expressed by Mr.

16  Ganssle and Dr. Durgin regarding the functionality they refer to as "static patient pressure," but

17  nonetheless removed the functionality from version 2.4.7 of the Liberty™ Cycler source code

18  and agree not to include this functionality or mere colorable variations of the functionality in the

19  Liberty™ Cycler before the '369 Patent expires;

20  WHEREAS, Mr. Ganssle identified a functionality in certain versions of the Liberty™

21  Cycler source code, which he refers to as "initial pressure offset" as meeting the limitations

22  "calibrating the means for measuring [the] pressure" recited by claims 1 and 10 of the '062

23  Patent, and "calibrating the pressure transducer" recited by claims 16 and 21 of the '062 Patent.

24  WHEREAS, the Fresenius Defendants disagree with the opinion expressed by Mr.

25  Ganssle regarding the functionality he refers to as "initial pressure offset," but nonetheless

26  removed the functionality from version 2.4.7 of the Liberty™ Cycler source code and agree not

27  to include this functionality or mere colorable variations of the functionality in the Liberty™

Cycler before the '062 Patent expires;

WHEREAS, Mr. Ganssle identified a functionality in certain versions of the Liberty Cycler source code, which he refers to as "Drain rate too low," in combination with what he identifies as the "flow-based drain alarm" functionality as satisfying the limitation "means for (i) continuing system operation for a predetermined time period in response to the second alarm signal; (ii) canceling the second alarm condition without user intervention when, after the predetermined time period, system operation satisfies the second set of criteria; and (iii) initiating a first alarm condition when, after the predetermined time period, system operation fails to satisfy the second set of criteria" recited by claim 1 of the '510 Patent;

WHEREAS, the Fresenius Defendants disagree with the opinion expressed by Mr. Ganssle regarding the functionality he refers to as " Drain rate too low," but nonetheless removed the functionality from version 2.4.7 of the Liberty™ Cycler source code and agree not to include this functionality or mere colorable variations of the functionality in the Liberty Cycler before the '510 Patent expires;

WHEREAS, Mr. Ganssle identified functionalities in certain versions of the Liberty Cycler source code, which he refers to as "line check" and "patient line check," as satisfying the limitation "control means operative, in response to the first command signal, for operating the pumping means to attempt to move liquid in the tubing from the pumping means toward the source and, if successful, registering an empty source condition and, if not successful, registering an occluded source tubing condition" recited by claim 9 of the '510 Patent and "operating the pump mechanism in response to the first command signal to attempt to move liquid in the tubing from the pumping mechanism toward the source and, if successful, registering an empty source condition and, if not successful, registering an occluded source condition" recited by claim 20 of the '510 Patent.

WHEREAS, the Fresenius Defendants disagree with the opinion expressed by Mr. Ganssle regarding the functionalities he refers to as "line check" and "patient line check," but nonetheless removed the functionalities from version 2.4.7 and earlier versions of the Liberty™

1   Cycler source code and agree not to include these functionalities or mere colorable variations of

2   these functionalities in the Liberty™ Cycler before the '510 Patent expires; and WHEREAS,

3   separately and apart from the foregoing considerations relating to the '510, '062 and '369

4   patents, the parties agree to dismiss all claims and counterclaims with respect to claims 21, 22,

5   24, 25, 26, 28, 29 and 30 of U.S. Patent No. 5,421,823 and claim 40 of U.S. Patent No.

6   5,431,626;

7

8   NOW, THEREFORE, the parties and their counsel of record stipulate as follows:

9   • Defendants agree that they will not make, use, sell, or offer for sale within the United

10   States or import into or export from the United States any peritoneal dialysis machine

11   with both the "Drain rate too low" functionality and the "flow-based drain alarm"

12   functionality, the "line check" functionality, or "patient line check" functionality—or

13   mere colorable variations of the functionality removed from the Liberty™ peritoneal

14   dialysis cycler software —as claimed in U.S. Patent No. 5,438,510 until after the

15   expiration of U.S. Patent No. 5,438,510;

16   • Defendants agree that they will not make, use, sell, or offer for sale within the United

17   States or import into or export from the United States any peritoneal dialysis machine

18   with the "static patient pressure" or "initial pressure offset"-functionalities—or mere

19   colorable variations of the functionality removed from the Liberty™ peritoneal

20   dialysis cycler—as claimed in U.S. Patents No. 6,503,062 and 6,808,369 until after

21   the expiration of U.S. Patents No. 6,503,062 and 6,808,369;

22   • All claims, defenses and counterclaims relating to U.S. Patents No. 5,438,510;

23   6,503,062; and 6,808,369 shall be dismissed, without prejudice, from the instant

24   litigation, with each party to bear its own costs and attorneys' fees as to such claims,

25   defenses and counterclaims;

26   • The parties agree that this stipulation is not an injunction but reserve all rights and

27   remedies to enforce its terms; and

1  • All of Plaintiffs' claims  with respect to claims 21, 22, 24, 25, 26, 28, 29 and 30 of
2  U.S. Patent No. 5,421,823 and claim 40 of U.S. Patent No. 5,431,626 shall be
3  dismissed with prejudice, and all of Defendants' defenses and counterclaims with
4  respect to such claims of the '823 and '626 patents shall be dismissed without
5  prejudice, with each party to bear its own costs and attorneys' fees as to such claims,
6  defenses and counterclaims.
7  IT IS SO ORDERED.

8

9  Dated:  ___5/28/09_____      B_____

10  HAMILTON



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| May 27, 2009<br><br>By: _/s/  David K. Callahan  /s/_____<br><br>KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 620227)<br>Garret Leach (*pro hac vice*)<br>Mary Zaug (*pro hac vice*)<br>200 East Randolph<br>Chicago, Illinois, 60601<br>Telephone: 312-861-2000<br>Facsimile: 312-861-2200<br><br>Robert G. Krupka (SBN 196625)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500<br><br>Russell Tonkovich (SBN  233280)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500<br><br>*Attorneys For Plaintiffs and Counter-defendants*<br>*BAXTER HEALTHCARE CORPORATION,*<br>*BAXTER INTERNATIONAL INC., and*<br>*BAXTER HEALTHCARE SA*<br><br><br>May 27, 2009<br><br>By: _/s/  Maureen K. Toohey  /s/_____<br><br>Maureen K. Toohey  (SBN 196401)<br>TOOHEY LAW GROUP<br>One Financial Center, 15th Floor<br>Boston, Massachusetts 02111<br>Telephone:  (617) 748-5511<br><br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>Howard A. Slavitt (SBN 172840)<br>Zuzana Ikels (St. Bar No. 208671)<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663<br><br>*Attorneys for Plaintiff and Counter-defendant*<br>*DEKA PRODUCTS LIMITED PARTNERSHIP* | May 27, 2009<br><br>By: _/s/ Michael E. Florey_<br><br>FISH & RICHARDSON P.C.<br>Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Limin Zheng (SBN 226875)<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>*Attorneys for Defendants and Counter-*<br>*claimants FRESENIUS MEDICAL CARE*<br>*HOLDINGS, INC. AND FRESENIUS*<br>*USA, INC.* |

STIPULATION OF REMOVAL OF LIBERTY CYCLER
FUNCTIONALITY RELATING TO, AND DISMISSAL OF,
U.S. PATENTS NO. 5,438,510; 6,503,062; AND 6,808,369

5

Case No. C 07-01359 PJH (JL)

**ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.**

1

2

I, David K. Callahan, declare as follows:

3

1.      I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare

4

Corporation's, Baxter International Inc.'s, and Baxter Healthcare SA's legal

5

counsel in the above-captioned litigation.

6

2.      Pursuant to the Northern District of California Electronic Filing Procedures and

7

General Order No. 45, I attest that Maureen K. Toohey, counsel for Plaintiff

8

DEKA Products Limited Partnership and Michael E. Florey, counsel for

9

Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. concur in the

10

filing of this document and have granted me permission to electronically file this

11

document absent their actual signatures.

12

13

14    Dated: May 27, 2009                    Respectfully submitted,

15                                            Kirkland & Ellis LLP

16
                                             By:  /s David K. Callahan s/
17                                                 David K. Callahan, P.C. (IL 620227),
                                                   dcallahan@kirkland.com
18
                                             *Attorney for Plaintiffs and Counter-defendants*
19                                           *BAXTER HEALTHCARE CORPORATION,*
                                             *BAXTER INTERNATIONAL INC., and*
20                                           *BAXTER HEALTHCARE SA*

21

22

23

24

25

26

27