David K. Callahan, P.C. (IL 620227), dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois, 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey (SBN 196401), mtoohey@tooheylaw.com
TOOHEY LAW GROUP, LLC
One Financial Center, 15th Floor
Boston, Massachusetts 02111
Telephone: (617) 748-5511
Facsimile: (617) 748-5555

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934), jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants,*<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION TO REVISE REMAINING CASE DATES THROUGH TRIAL** |

1  WHEREAS, the parties previously submitted stipulated dates setting dates through trial and on March 30, 2009, the Court adopted those dates (Dkt. No. 296);

WHEREAS, the parties have met and conferred and agree that the pretrial materials need not be filed and served prior to the year-end holidays given the currently scheduled June 28, 2010, trial date;

WHEREAS, the parties agree and respectfully request that the Court postpone the requirement that the parties provide the Court with the two sets of the parties' respective trial exhibits on the date that the pretrial submissions are to be filed and served (as required by B.3.h of this Court's July 2, 2007, Case Management and Pretrial Order (Dkt. No. 87)) and instead allow for the submission of those exhibits to the Clerk's Office two weeks prior to the Final Pretrial Conference;

NOW, THEREFORE, it is stipulated by the respective parties and their counsel of record:

The following jointly proposed table is commended to the Court for its adoption as the dates by which the present case shall proceed.

| EVENT | By Local Rule or Previous Court Order | Proposed Dates |
|---|---|---|
| Deadline for *Daubert* Motions (Dkt 87) | No later than 35 days before Hearing Date | **Unchanged** No later than April 22, 2010 |
| Deadline for Hearing(s) re *Daubert* Motions (Dkt 87) | Hearing date from date dispositive motions are heard up to and including pretrial conference hearing date provided 35 day notice and briefing schedule is followed | **Unchanged** No later than May 27, 2010 |
| Final Pretrial Conference meet and confer (Dkt 87) | Not less than 40 days prior to Pretrial Conference | January 13, 2010 |
| Joint Pretrial Statement, trial briefs, motions *in limine*, etc (Dkt 87) | Not less than 30 days prior to Pretrial Conference | January 29, 2010 |
| Oppositions to Motions *in limine* (Dkt 87) | Not less than 15 days prior to the pretrial conference | February 12, 2010 |

| EVENT | By Local Rule or Previous Court Order | Proposed Dates |
|---|---|---|
| Two sets of party premarked exhibits submitted to the Clerk's Office | | May 13, 2010 |
| Pretrial Conference | | Unchanged<br>May 27, 2010 (2:30 p.m. (PDT) |
| Trial | No longer than 16 trial days | Unchanged<br>June 28, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED, the dates set forth in the STIPULATION TO REVISE REMAINING CASE DATES THROUGH TRIAL are adopted by the Court and shall govern the proceedings of the case.

DATED: November ____, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

3200 RBC Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

Michael E. Florey
612 337-2505

Email
florey@fr.com

November 11, 2009

***Via ECF***

The Honorable Phyllis J. Hamilton
Oakland Courthouse
Courtroom #3, 3rd Floor
1301 Clay Street,
Oakland, California 94612

Re: *Baxter Healthcare, et al. v. Fresenius Medical Care Holdings, et al.*
Case No. C-07-01359 PJH (JL)

Dear Judge Hamilton:

I represent the Fresenius defendants in the above-referenced action. On November 6, 2009, the Baxter plaintiffs and Fresenius submitted for your consideration a Joint Motion to move the submission date for Pre-Trial filings in this case from December 8, 2009 to January 29, 2010.

Trial in this case is currently scheduled for June 28, 2010. However, the Court has previously raised the possibility that the trial date might be moved forward to February of 2010. I write to advise the Court that lead counsel Juanita Brooks and Ronald Castle, Fresenius' Deputy General Counsel for Litigation, will be in trial in *United States of America, ex. rel. Rebecca Gonzalez v. Fresenius Medical Care North America, et. al.* in El Paso, Texas from January 29, 2010 through February 25, 2010. Therefore, it is respectfully requested that the current trial date of June 28, 2010 remain as set.

Very truly yours,

/s/ Michael E. Florey

Michael E. Florey

MEF/jdr

60605869 (2).doc