1  David K. Callahan, P.C. (IL 6206671), dcallahan@kirkland.com
2  KIRKLAND & ELLIS LLP
   300 N. LaSalle Street
3  Chicago, Illinois 60654
   Telephone: 312-862-2000
4  Facsimile: 312-862-2200

5  *Attorney For Plaintiffs and Counter-defendants*
   BAXTER HEALTHCARE CORPORATION,
   BAXTER INTERNATIONAL INC., and
6  BAXTER HEALTHCARE SA

7  Maureen K. Toohey  (SBN 196401), mtoohey@tooheylaw.com
   TOOHEY LAW GROUP, LLC
8  One Financial Center, 15th Floor
   Boston, Massachusetts 02111
9  Telephone:  (617) 748-5511

10 *Attorney for Plaintiff and Counter-defendant*
   DEKA PRODUCTS LIMITED PARTNERSHIP

11 Juanita R. Brooks (SBN 75934), jbrooks@fr.com
   FISH & RICHARDSON P.C.
12 12390 El Camino Real
   San Diego, California 92130
13 Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
14
   *Attorney for Defendants and Counter-claimants*
15 FRESENIUS MEDICAL CARE HOLDINGS,
   INC. AND FRESENIUS USA, INC.
16

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants.* | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION OF REMOVAL OF LIBERTY CYCLER FUNCTIONALITY RELATING TO, AND DISMISSAL OF, U.S. PATENT NO. 5,431,626** |

WHEREAS, the Court has withdrawn its construction of the claim limitation "pressure conveying element" as recited in U.S. Patent No. 5,431,626 ("the '626 Patent") and has invited further briefing regarding the proper construction of this limitation, the limitation "pressure transfer element," and whether the claims reciting these limitations are indefinite;

WHEREAS, Plaintiffs seek to dismiss their allegations that any version of the Liberty™ peritoneal dialysis cycler infringes the claims of the '626 Patent subject to Fresenius' agreement not to employ certain designs as described below before the expiration of the '626 Patent;

WHEREAS, during the development of the Liberty™ Cycler, Fresenius engineers considered and rejected using an inflatable air bag to actuate the cycler's safety bar in favor of using a pair of pneumatically actuated cylinders to actuate the cycler's safety bar;

WHEREAS, during the development of the Liberty™ Cycler, Fresenius engineers considered and rejected using an inflatable air bladder behind the pump face in favor of placing an inflatable air bladder in the door;

WHEREAS, separately and apart from the foregoing recitals, the parties agree to dismiss all claims and counterclaims with respect to claims 34, 36-38, 41, 44, and 45 of U.S. Patent No. 5,431,626;

NOW, THEREFORE, the parties and their counsel of record stipulate as follows:

- Defendants agree that they will not make, use, sell, or offer for sale within the United States or import into or export from the United States any peritoneal dialysis machine using an inflatable air bag to actuate the cycler's safety bar or using an inflatable air bladder behind the pump face of the cycler or mere colorable variations thereof until after the expiration of U.S. Patent No. 5,431,626;

- Plaintiffs agree the current commercial version of the Liberty™ Cycler is a peritoneal dialysis machine that does not use an inflatable air bag to actuate the cycler's safety bar or use an inflatable air bladder behind the pump face of the cycler;

- Although Plaintiffs contend the current commercial version of the Liberty™ Cycler and prior versions of the Liberty™ Cycler infringe the claims of U.S. Patent No.

5,431,626 under the doctrine of equivalents and Defendants disagree with that contention, Plaintiffs dismiss from this suit, without prejudice and subject to the provision immediately above, U.S. Patent No. 5,431,626;

- Although Defendants contend the asserted claims of U.S. Patent No. 5,431,626 are not infringed and are invalid and Plaintiffs disagree with these contentions, Defendants dismiss from this suit, without prejudice, and subject to the provisions immediately above, U.S. Patent No. 5,431,626;

- The parties agree that each shall bear its own costs and attorneys' fees as to such claims, defenses and counterclaims; and

- The parties agree that this stipulation is not an injunction but reserve all rights and remedies to enforce its terms.

IT IS SO ORDERED.

Dated: 3/18/2010  By: _____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*GRANTED — Judge Phyllis J. Hamilton*