UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORPORATION, et al.,

    Plaintiffs,

    v.

FRESENIUS MEDICAL CARE HOLDINGS, INC.,

    Defendants.
_____/

No. C 07-1359 PJH

**ORDER**

The court has reviewed defendants' offers of proof regarding the on-sale bar and indefiniteness defenses, and will permit the defenses to be tried.

**IT IS SO ORDERED.**

Dated: June 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge