David K. Callahan, P.C. (IL 6206671), dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401), mtoohey@tooheylaw.com
TOOHEY LAW GROUP, LLC
One Financial Center, 15th Floor
Boston, Massachusetts 02111
Telephone:  (617) 748-5511

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934), jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BAXTER  HEALTHCARE  CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>        *Plaintiffs and Counter-defendants*,<br><br>            vs.<br><br>FRESENIUS  MEDICAL  CARE  HOLDINGS, INC.,  d/b/a FRESENIUS  MEDICAL  CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>        *Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION OF DISMISSAL OF U.S. PATENT NO. 5,324,422 WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF U.S. PATENT NO. 5,324,422

K&E .

WHEREAS, the parties agree to dismiss all claims, defenses and counterclaims with respect to U.S. Patent No. 5,324,422;

NOW, THEREFORE, the parties and their counsel of record stipulate as follows:

- The parties dismiss from this suit, with prejudice, all claims, defenses and counterclaims relating to U.S. Patent No. 5,324,422, except that, in the event that any of the plaintiffs or their assignee ever assert the '422 patent against products not accused in this action, defendants may assert any defenses or counterclaims that they raised or could have raised in this action; and

- The parties agree that each party shall bear its own costs and attorneys' fees as to such claims, defenses and counterclaims; and

IT IS SO ORDERED.


Dated: ___7/2/10_____        By: _____

HONORABLE P_____ HAMILTON
United States

*IT IS SO ORDERED*

*Judge Phyllis J. Hamilton*

---

1

2

June 23, 2010

By: /s/ David K. Callahan /s/

KIRKLAND & ELLIS LLP
David K. Callahan, P.C. (IL 6206671)
Garret Leach (*pro hac vice*)
Mary Zaug (*pro hac vice*)
300 N. LaSalle Street
Chicago, Illinois, 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

Robert G. Krupka (SBN 196625)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: 213-680-8400
Facsimile: 213-680-8500

Rachel Walsh (SBN 250568)
555 California Street
San Francisco, California, 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500

*Attorneys For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

June 23, 2010

By: /s/ Maureen K. Toohey /s/

Maureen K. Toohey (SBN 196401)
TOOHEY LAW GROUP
One Financial Center, 15th Floor
Boston, Massachusetts 02111
Telephone: (617) 748-5511

COBLENTZ, PATCH, DUFFY & BASS LLP
Howard A. Slavitt (SBN 172840)
Zuzana Ikels (St. Bar No. 208671)
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

*Attorneys for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

June 23, 2010

By: /s/ Michael E. Florey

FISH & RICHARDSON P.C.
Juanita R. Brooks (SBN 75934)
Todd G. Miller (SBN 163200)
Michael M. Rosen (SBN 230964)
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Mathias W. Samuel (*pro hac vice*)
Michael E. Florey (*pro hac vice*)
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Limin Zheng (SBN 226875)
500 Arguello Street, Suite 400
Redwood City, CA 94053
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.*

**ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.**

I, David K. Callahan, declare as follows:

1.     I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's, Baxter International Inc.'s, and Baxter Healthcare SA's legal counsel in the above-captioned litigation.

2.     Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership and Michael E. Florey, counsel for Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: June 23, 2010                    Respectfully submitted,

                                        Kirkland & Ellis LLP


                                        By:  /s David K. Callahan s/
                                        David   K.   Callahan,   P.C.   (IL   620227),
                                        dcallahan@kirkland.com

                                        *Attorney for Plaintiffs and Counter-defendants*
                                        *BAXTER HEALTHCARE CORPORATION,*
                                        *BAXTER INTERNATIONAL INC., and*
                                        *BAXTER HEALTHCARE SA*