David K. Callahan, P.C. (IL 6206671), dcallahan@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorney For Plaintiffs and Counter-defendants*
*BAXTER HEALTHCARE CORPORATION,*
*BAXTER INTERNATIONAL INC., and*
*BAXTER HEALTHCARE SA*

Maureen K. Toohey  (SBN 196401), mtoohey@tooheylaw.com
TOOHEY LAW GROUP, LLC
One Financial Center, 15th Floor
Boston, Massachusetts 02111
Telephone:  (617) 748-5511

*Attorney for Plaintiff and Counter-defendant*
*DEKA PRODUCTS LIMITED PARTNERSHIP*

Juanita R. Brooks (SBN 75934), jbrooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorney for Defendants and Counter-claimants*
*FRESENIUS MEDICAL CARE HOLDINGS,*
*INC. AND FRESENIUS USA, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE SA, AND DEKA LIMITED PARTNERSHIP,<br><br>*Plaintiffs and Counter-defendants*,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and FRESENIUS USA, INC.,<br><br>*Defendants and Counter-claimants*. | Case No. C 07-01359 PJH (JL)<br><br>**STIPULATION OF REMOVAL OF LIBERTY CYCLER FUNCTIONALITY RELATING TO, AND DISMISSAL OF, U.S. PATENTS NO. 6,929,751; AND 7,083,719** |

WHEREAS, Plaintiffs have asserted in this action infringement of United States Patent No. 6,929,751 entitled "Vented Medical Fluid Tip Protector Methods" ("the '751 patent") and United States Patent No. 7,083,719 entitled "Medical System Including Vented Tip Protector" ("the '719 patent") in Counts VIII and IX of Plaintiffs' First Amended Complaint, respectively;

WHEREAS, the Parties previously stayed by joint stipulation Counts VIII and IX of Plaintiffs' First Amended Complaint and Defendants' related Counterclaims and Affirmative Defenses (Dkt. No. 234);

WHEREAS, Defendants have removed functionality from the Liberty™ peritoneal dialysis cycler relating to the basis for Plaintiffs' assertion of Counts VIII and IX, as reflected in the deposition testimony of several Fresenius employees as well as several of Defendants' discovery responses; and

WHEREAS Defendants state in their Supplemental Response to Baxter Healthcare Corporation's Amended First Set of Interrogatories (No. 3), dated April 1, 2009, that "Fresenius changed the accused Liberty's priming mechanism to operate in a similar manner to previous Fresenius peritoneal dialysis cyclers."

NOW, THEREFORE, the parties and their counsel of record stipulate as follows:

- Defendants agree that they will not make, use, sell, or offer for sale within the United States or import into or export from the United States any peritoneal dialysis machine using the "priming" functionality—or mere colorable variations of the functionality removed from the Liberty™ peritoneal dialysis cycler—as claimed in U.S. Patent No. 6,929,751 until after the expiration of U.S. Patent No. 6,929,751, or until after a declaration that the previously asserted claims of the patent are invalid made by i) the United States Patent And Trademark Office or ii) a court of competent jurisdiction;

- Defendants agree that they will not make, use, sell, or offer for sale within the United States or import into or export from the United States any peritoneal dialysis machine using the "priming" functionality—or mere colorable variations of the functionality removed from the Liberty™ peritoneal dialysis cycler—as claimed in U.S. Patent No.

7,083,719 until after the expiration of U.S. Patent No. 7,083,719, or until after a declaration that the previously asserted claims of the patent are invalid made by i) the United States Patent And Trademark Office or ii) a court of competent jurisdiction;

- All claims, defenses and counterclaims relating to U.S. Patents No. 6,929,751; and 7,083,719 shall be dismissed, without prejudice from the instant litigation, with each party to bear its own costs and attorneys' fees as to such claims, defenses and counterclaims; and

- The parties agree that this stipulation is not an injunction but reserve all rights and remedies to enforce its terms.

IT IS SO ORDERED.

Dated: __August 13, 2010_____    By: _____
                                        HONORABLE PHYLLIS J. HAMILTON
                                        United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Phyllis J. Hamilton; stamp: "IT IS SO ORDERED" with signature]*

| | |
|---|---|
| August 12, 2010 | August 12, 2010 |
| By: /s/ David K. Callahan /s/ | By: /s/ Michael E. Florey |
| KIRKLAND & ELLIS LLP<br>David K. Callahan, P.C. (IL 6206671)<br>Garret Leach (*pro hac vice*)<br>Mary Zaug (*pro hac vice*)<br>300 N. LaSalle Street<br>Chicago, Illinois, 60654<br>Telephone: 312-862-2000<br>Facsimile: 312-862-2200 | FISH & RICHARDSON P.C.<br>Juanita R. Brooks (SBN 75934)<br>Todd G. Miller (SBN 163200)<br>Michael M. Rosen (SBN 230964)<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| Robert G. Krupka (SBN 196625)<br>333 Hope Street<br>Los Angeles, California 90071<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500 | Mathias W. Samuel (*pro hac vice*)<br>Michael E. Florey (*pro hac vice*)<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696 |
| Rachel Walsh (SBN 250568)<br>555 California Street<br>San Francisco, California, 94104<br>Telephone: 415-439-1400<br>Facsimile: 415-439-1500 | Limin Zheng (SBN 226875)<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94053<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| *Attorneys For Plaintiffs and Counter-defendants*<br>BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE SA | *Attorneys for Defendants and Counter-claimants FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.* |
| August 12, 2010 | |
| By: /s/ Maureen K. Toohey /s/ | |
| Maureen K. Toohey (SBN 196401)<br>TOOHEY LAW GROUP<br>One Financial Center, 15th Floor<br>Boston, Massachusetts 02111<br>Telephone: (617) 748-5511 | |
| COBLENTZ, PATCH, DUFFY & BASS LLP<br>Howard A. Slavitt (SBN 172840)<br>Zuzana Ikels (St. Bar No. 208671)<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663 | |
| *Attorneys for Plaintiff and Counter-defendant*<br>*DEKA PRODUCTS LIMITED PARTNERSHIP* | |

**ELECTRONIC FILING DECLARATION OF DAVID K. CALLAHAN, P.C.**

I, David K. Callahan, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, and I am Baxter Healthcare Corporation's, Baxter International Inc.'s, and Baxter Healthcare SA's legal counsel in the above-captioned litigation.

2. Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that Maureen K. Toohey, counsel for Plaintiff DEKA Products Limited Partnership and Michael E. Florey, counsel for Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. concur in the filing of this document and have granted me permission to electronically file this document absent their actual signatures.

Dated: August 12, 2010                    Respectfully submitted,

                                          Kirkland & Ellis LLP

                                          By: /s David K. Callahan s/
                                          David K. Callahan, P.C. (IL 6206671),
                                          dcallahan@kirkland.com

                                          *Attorney for Plaintiffs and Counter-defendants*
                                          *BAXTER HEALTHCARE CORPORATION,*
                                          *BAXTER INTERNATIONAL INC., and*
                                          *BAXTER HEALTHCARE SA*