UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAXTER HEALTHCARE CORPORATION, et al.,

    Plaintiffs,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,

    Defendants.
_____/

No. C 07-1359 PJH

**ORDER**

    The judgment in this case was entered on August 13, 2010. Defendants submitted a bill of costs on August 27, 2010. On September 10, 2010, plaintiffs filed objections to the bill of costs, pursuant to Civil Local Rule 54-2.

    The court has instructed the clerk to proceed with the taxation of costs. Once the clerk has completed that process, any party may move for review of the clerk's action, pursuant to Federal Rule of Civil Procedure 54(d)(1). The opposing party may file an opposition, no later than 14 days following the filing of the motion. The moving party may file a reply to the opposition, no later than 7 days thereafter. The court will rule on the papers. There will be no hearing.

**IT IS SO ORDERED.**

Dated: September 15, 2010

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge